AO 106 (Rev. 04/10) Application for a Search Warrant

JG
5/19/2020

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
1675 Bostwick Road, Columbus, OH 43227. A brown, )
multi-level house with dark brown trim and a car port. "1675" is ) Case No. 2:20-mj-368
clearly posted beside the front door. )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property
1675 Bostwick Road, Columbus, OH 43227. A brown, multi-level house with dark brown trim and a car port. "1675" is clearly posted beside the front door, including any curtilage, detached building, vehicle or person that may possess or contain any digital device, and any computers or related digital media located therein/thereon

located in the **Southern** District of **Ohio, Eastern Division**, there is now concealed (identify the person or describe the property to be seized):
Currency, bank receipts, negotiable instruments, and other evidenciary items oulined in attachment B of the attached affidavit, in violation of Title 18, United States Code, Sections 1344(2), 1349, and 1708.

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 1344(2) | Bank Fraud |
| Title 18 USC 1349 | Conspiracy to Commit Bank Fraud |
| Title 18 USC 1708 | Theft or Receipt of Stolen Mail Matter Generally |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector TIMOTHY D. MCCALL

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

TIMOTHY D. MCCALL, U.S. POSTAL INSPECTOR
Printed name and title

Sworn to before me and signed in my presence.

Date: 5-19-20

_____
Judge's signature

City and state: COLUMBUS, OHIO

CHELSEY VASCURA, U.S. MAGISTRATE JUDGE
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: 1675 Bostwick Road Columbus, OH 43227 including any curtilage, detached building, vehicle or person that may possess or contain any digital device, and any computers or related digital media located therein/thereon | CASE NO. <br><br> MAGISTRATE JUDGE |

### Affidavit in Support of Application for Search Warrant

I, Timothy D. McCall, being duly sworn, depose and state as follows:

1. I am a U.S. Postal Inspector with the U.S. Postal Inspection Service in Columbus, Ohio and have been so employed since August 2015. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service (USPS) and/or U.S. Mail. The crimes investigated include those such as theft, burglary, counterfeiting, robbery, assault, homicide, dangerous mailings, narcotics, identity theft, and fraud. I received initial training for these types of investigations through the U. S. Postal Inspection Service, Basic Inspector Training (BIT). I have received additional on the job training for each of those areas. I am familiar with the processes and mechanisms utilized to alter, forge, and make counterfeit currency and negotiable instruments. I was previously a Federal Agent with the U.S. Department of Energy/National Nuclear Security Administration for 10 years, sworn to enforce federal laws. I also served as a local police officer for five years, enforcing state laws, local ordinances, and conducting preliminary investigations, including fraud investigations. I received further experience through a Bachelor of Interdisciplinary studies with a Cognate in Criminal Justice and Minor in Strategic Intelligence.

### Introduction

2. This affidavit is made in support of an Application for a Search Warrant. The U.S. Postal Inspection Service seeks authority to search the premises located at 1675 Bostwick Road, Columbus, OH 43227, as more particularly described in Attachment A hereto, and for authority to seize evidence, fruits, and instrumentalities of crimes against the United States, including violations of Title 18, United States Code, Sections 1344(2), 1349, and 1708, as more particularly described in Attachment B hereto. Because of the sensitive nature of the investigation, an Order is sought sealing the Application, Affidavit, and

1

Search Warrant.

3. This affidavit is based upon my personal knowledge, experience and training including multiple investigations involving bank fraud and conspiracy and the theft of mail and property from the postal service and illegal use of U.S. Postal Service keys, and other information developed during the course of this investigation. This affidavit is also based upon information that I have learned from other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause to obtain a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of Title 18, United States Code, Sections 1344(2), 1349, and 1708 have been committed and that the residence located at 1675 Bostwick Road, Columbus, OH 43227 contains evidence of these violations and related contraband.

## **Background**

4. The U.S. Postal Inspection Service is conducting an investigation involving the break-in of U.S. Postal Service collection boxes, to include unauthorized possession and use of U.S. Postal Service keys. The investigation revolves around financial instruments such as business checks, personal checks, and money orders being stolen from the collection boxes. The financial instruments are then deposited into personal bank accounts via ATM, in person, or mobile deposit, or cashed at check cashing facilities and financial institutions throughout Ohio, as well as other states. On some occasions, counterfeit checks, money orders, and currency are also created to further the scheme. Total loss thus far exceeds $250,000. Based on my training and experience, I know often the stolen financial instruments are not initially negotiated and are often secreted in locations such as residences, vehicles, and storage facilities for later use. Similarly, criminal proceeds are often commonly stored in residences and vehicles, in my training and experience. In my training and experience, including in postal service investigations which also involved U.S. Postal Service keys, theft and bank fraud conspiracy within the past five years, co-conspirators secreted currency and instrumentalities of the crimes in vehicles and locations where they resided and traveled. Also, the co-conspirators and suspects have often used aliases and multiple cellular telephones, called burner phones, to communicate with co-conspirators and hide their identity. Based on my training and experience, I know suspects use social media platforms to recruit co-conspirators including the use of individuals to permit the deposit of stolen checks into their bank accounts in exchange for a portion of the proceeds from the stolen checks, makes use of co-conspirator's social media pages to further their schemes, and to advertise proceeds of the crimes. I know co-conspirators and suspects often use social media applications "apps," which are downloaded on mobile telephones, tablets, and computers, to communicate with co-

2

conspirators, discuss proceeds, and advertise their location to further their scheme. In my training and experience, co-conspirators involved in mail theft and bank fraud often share proceeds, split and trade stolen checks and routinely travel to co-conspirators' residences and share residences. Further, in my training and experience, participants in theft of mail conspiracies often hide illegal U.S. Postal Service keys on their person, in their vehicles, and in their and co-conspirators' residences.

## **TECHNICAL TERMS**

5. Based on my training and experience, I use the following technical terms to convey the following meanings:

    a. Wireless telephone: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

    b. GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude

with a high level of precision.

 c. Portable media player: A portable media player is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

 d. Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

 e. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

 f. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

6. Based on my training, experience, and research, I know that wireless telephones have capabilities that allow them to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, and personal digital assistant, which stores names, addresses, appointments, and notes, among other information. In my training and

4

experience, examining data stored on wireless telephones can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

7. Based on my training, experience, and research, I know that GPS navigation devices that determine location and assist in navigating to specific locations can uncover, among other things, evidence that reveals or suggest who possessed or used the device and information about specific locations that may be relevant in a criminal investigation.

8. I know from my training, experience, and research, that in additional to wireless telephones and GPS navigation devices, computer hardware including laptops and desktops, software, and electronic files (objects") may also be important to criminal investigations in two distinct ways: (1) the objects themselves may be evidence, instrumentalities or fruits of crime, and/or (2) the objects may be used as storage devices that contain contraband, evidence, instrumentalities of crime and/or fruits of crime.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

9. Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

10. *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Devices were used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Devices because:

    a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

    b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

    c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

5

      d.  The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

      e.  Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

11.  *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

12.  *Manner of execution.* Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premise. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## Facts Establishing Probable Cause

13.  Co-conspirators currently under investigation include **Charod Roosevelt Wooden JR.** (hereinafter **Wooden**), and **Jordan LeVert McCorvey** (hereinafter **McCorvey**), who have both utilized **1675 Bostwick Road, Columbus, OH 43227** as residential addresses.

14.  **Wooden has 1675 Bostwick Road, Columbus, OH 43227** listed as his residence for his Ohio driver's license.

15.  Law enforcement officers have reviewed ATM surveillance video from on or about October 1, 2019, which shows an individual depositing a check which had been reported stolen from the U.S. Mail into the J.P. Morgan Chase Bank of Morisa Eunique Medley. A comparison with **Wooden's** driver's license photograph and social media photographs resulted in the identification of the individual in the surveillance video who deposited the stolen check as **Wooden**.

16.  On or about October 2, 2019, ATM surveillance video shows an individual who appears to be **Wooden** depositing a check which had been reported stolen from the U.S. Mail into

6

        the J.P. Morgan Chase Bank account of Dremen Anthony Morgan.

17. On or about October 3, 2019, ATM surveillance video shows who appears to be **Wooden** depositing a check which had been reported stolen from the U.S. Mail into the J.P. Morgan Chase Bank account of Isa'on Patrick Dodson.

18. While conducting surveillance, law enforcement officers have observed **Wooden** entering **1675 Bostwick Road, Columbus, OH 43227**.

19. Previously on or about October 1, 2019, Columbus Division of Police officers were called to the Alvis House for a report of items found in **McCorvey's** room. The Alvis House is a halfway house in Columbus, OH where **McCorvey** resided as part of a federal sentence from federal convictions, including bank fraud conspiracy and bank fraud and a scheme to steal checks from the U.S. Postal Service. *United States v. Brooks, et al.*, 2:17-cr-54 (S.D. Ohio) (a ten defendant conspiracy case).

20. On or about October 1, 2019, when officers arrived, **McCorvey** was in possession of approximately 75 negotiable instruments (checks and money orders) made payable to various individuals, not including himself. Some of the checks discovered had the payee and amounts altered, as well as being endorsed for deposit. Other items found were debit cards in other names, a social security card and health insurance card not belonging to **McCorvey**, multiple photocopies of driver's licenses and social security cards belonging to others, photocopies of W2 statements, and multiple credit report dispute letters for different individuals. Many of the credit report dispute letters were sealed in envelopes and addressed to Transunion and Experian. The items were seized and many of the checks were subsequently determined to have been stolen from U.S. Postal Service mailboxes.

21. On or about January 22, 2020, **McCorvey** is seen on ATM surveillance video along with an unidentified male signing and depositing a check into the First Merchants Bank account of Danielle Sims. The check was in the amount of $6,201.21 and the payee had been altered to "Danielle M. Sims." The check was reported stolen from the U.S. Mail on or about January 7, 2020. The video also shows **McCorvey** driving to the location in a cream colored Kia Soul (hereinafter Kia).

22. On or about January 23, 2020, **McCorvey** and the previously mentioned unidentified male are seen on ATM surveillance video withdrawing $500 cash from Danielle Sims' bank account and splitting the money. Later that evening, **McCorvey** and the same unidentified male are seen on ATM surveillance video depositing a second check into the First Merchants Bank account of Danielle Sims. **McCorvey** appears to be "whiting out" items on the check before depositing. The check was in the amount of $8,243.84 and the payee had been altered to "Danielle M Sims." The check was reported stolen from the U.S. Mail. The video also shows **McCorvey** driving to the location in the Kia.

7

23. On or about January 23, 2020, Sims withdrew $3,600 from her account.

24. On or about January 23, 2020, Postal Inspectors observed **McCorvey** leaving a visit with his U.S. Probation Officer and being picked up in the Kia, which was displaying Ohio License plate HWV5142. The license plate returns to a 2013 Kia Soul with VIN: KNDJT2A52D7580849 and registered to **1675 Bostwick Road, Columbus, OH 43227**.

25. On or about January 24, 2020, Sims attempted to withdraw $3,700 from her account but was denied.

26. On or about March 3, 2020, Whitehall Police Detectives lawfully placed a GPS unit on a vehicle, which law enforcement officers repeatedly saw **McCorvey** driving. The vehicle is a black, 2012 Dodge Charger SE (hereinafter **Dodge**) displaying Ohio license plate HYB1378, with VIN: 2C3CDXBG8CH286690, and registered to **1675 Bostwick Road, Columbus, OH 43227**.

27. On or about March 3-4, 2020, GPS information revealed the **Dodge** had stopped nine times at, or in an adjacent parking lot of, various financial institutions or ATM locations throughout the greater Columbus, OH area and Toledo, OH.

28. On or about March 3, 2020, **McCorvey** is seen on bank security video driving the **Dodge** and parking at J.P. Morgan Chase Bank 3100 W. Broad Street, Columbus, OH 43204. **McCorvey** enters the bank and deposits three checks into the account of Kristan Vinson. The checks were reported stolen from the U.S. Mail on or about March 2, 2020.

29. While conducting surveillance on multiple occasions, law enforcement officers have observed the Dodge located at **1675 Bostwick Road, Columbus, OH 43227**.

30. On or about March 6-9, 2020, GPS information revealed the **Dodge** parked at 1675 Bostwick Road, Columbus, OH 43227. During this time period, the Instagram account "1corkmoney" which appears to belong to **McCorvey** posted a photo of a Chase Bank in Chicago, IL and a video from inside Trump International Hotel and Tower. Also during this time period, Chicago International Airport and "Chicago" was also "Pinned" in an Instagram story from the account.

31. On or about April 29, 2020, the Twitter account "1CorkMoney," which appears to belong to **McCorvey** had a tweet stating, "CHASE BANK $2000…USAA $10,000…TAP IN WHILE ITS LIT." Affiant is familiar with **McCorvey's** physical appearance and social media postings and McCorvey's nickname of "Cork."

32. On or about April 29, 2020, the Twitter account 1CorkMoney, which appears to belong to **McCorvey** posted a video of **McCorvey** fanning a large amount of cash stating, "woke up this morning $50K large."

8

33. On or about May 3-4, 2020, GPS information revealed the **Dodge** parked at **1675 Bostwick Road, Columbus, OH 43227**.

34. On or about May 5, 2020, the Instagram account "1corkmoney" which appears to belong to **McCorvey** posted a video "story" at a PNC bank ATM which displayed a receipt and fanning a large amount of cash. The story also stated "Tap in @laflare1017 lma #FedBaby Too #FuckTheBOP."

35. On or about May 5, 2020, law enforcement officers observed **McCorvey** depart **1675 Bostwick Road, Columbus, OH 43227**. During that same observation, **McCorvey** went to a bank.

36. On or about May 10, 2020, GPS information revealed the **Dodge** parked at **1675 Bostwick Road, Columbus, OH 43227**.

37. On or about May 13, 2020, GPS information revealed the **Dodge** stopped near 3419 Bexvie Ave. Apartment F, Columbus, OH 43227 (hereinafter Bexvie). Previously on November 6, 2019, Whitehall Police Detectives and U.S. Postal Inspectors executed a search warrant on this address where approximately 500 checks in various names were discovered as well as approximately $20,000 in cash. A shotgun as well as loaded handgun magazines were also located.

38. On or about May 13, 2020, GPS information revealed the **Dodge** traveled from Bexvie to **1675 Bostwick Road, Columbus, OH 43227**, followed by: 369 Miller Ave., Columbus, OH 43205, multiple stops at various residences and locations with ATMs before returning to **1675 Bostwick Road, Columbus, OH 43227**.

39. On or about May 16, 2020, GPS information revealed the **Dodge** made multiple stops at various residences before arriving at **Bexvie**. The **Dodge** then travelled directly to **1675 Bostwick Road, Columbus, OH 43227**, followed by a location adjacent to a U.S. Postal facility, various residences, a Bank of America, a Chase Bank, two hotels, and a location advertising a Bitcoin ATM.

40. A contact telephone number **McCorvey** provided to U.S. Probation returns to a residence of **1675 Bostwick Road, Columbus, OH 43227**.

41. **McCorvey** is currently on supervised release for federal bank fraud and conspiracy to commit bank fraud charges. For the previous charges, **McCorvey** and several other suspects secreted checks which were stolen from the U.S. Mail in multiple locations. **McCorvey** and co-conspirators also used U.S. Postal Service keys to steal the checks from the U.S. Mail. During the course of the current investigation, it appears that U.S. Postal Service keys are being used to commit the thefts.

## Conclusion

42. Based on the information contained herein, I maintain that there is probable cause to believe that there is evidence, fruits, and/or instrumentalities of offenses in violation of Title 18, United States Code, Sections 1344(2), 1349, and 1708, in the residence at 1675 Bostwick Road, Columbus, OH 43227.

43. A description of the premises to be searched can be found in Attachment A. A description of the items to be searched and seized can be found in Attachment B.

44. Accordingly, I respectfully request that the Court issue the following:

   (a) A Search Warrant for 1675 Bostwick Road, Columbus, OH 43227.

   (b) Authority to execute the Search Warrant at any time of day that law enforcement deems necessary.

   (c) An Order sealing the Application, Affidavit, and Search Warrant until further Order of this Court.

_____
Timothy D. McCall
U.S. Postal Inspector

Sworn to before me, and subscribed in my presence, on this 19th day of May 2020, at Columbus, Ohio.

_____
The Honorable Chelsey M. Vascura
United States Magistrate Judge
Southern District of Ohio

## ATTACHMENT A

### Premises to be Searched

The premise to be searched is located at 1675 Bostwick Road, Columbus, OH 43227. The residence is located on the west side Bostwick Road between Shamrock Drive and Roswell Drive. It is a brown, multi-level house with dark brown trim and a car port. "1675" is clearly posted beside the front door.





11

# **ATTACHMENT B**

### **Items to be Seized**

1. All bank cards, credit cards, debit cards that could be used to withdraw funds from a bank account or electronic fund.
2. Receipts, documents, or paperwork detailing bank transactions,
3. All United States Postal Service Property – i.e., mail transportation equipment, Arrow Keys (utilized to open a bank of mailboxes or collection box), and facility keys.
4. All U.S. Mail or letters, papers, negotiable instruments, and other documents commonly sent via U.S. Mail.
5. Letters, papers, ledgers, documents, and notes, that may contain information used to access bank accounts such as Personal Identification Numbers (PIN), bank locations, and account holder information including names and account and routing numbers.
6. U.S. Currency suspected to be proceeds from fraudulent bank transactions.
7. Clothing suspected as being used to conceal ones identity during fraudulent bank transactions.
8. Books, records, notes, ledgers, and other papers relating to the creation, transportation, purchase, distribution, packaging, and sale of counterfeit negotiable instruments and or counterfeit currency, which may be maintained in either paper form or on computers, computer disks, CD-ROM disks, DVD disks, portable storage devices, or other related equipment.
9. Books, records, receipts, notes, ledgers, airline tickets, money orders, safe deposit box keys, credit union and bank account documents and transaction receipts and reports and other records related to the receipt, expenditure and concealment or other disposition of income and fraudulent proceeds, which may be maintained in either paper form or on computers, computer disks, CD-ROM disks, DVD disks, portable storage devices, or other related equipment, relating to the distribution of counterfeit negotiable instruments

and or counterfeit currency; printers or any devices used for the reproduction of counterfeit negotiable instruments and counterfeit currency.
10. Books, papers, and documents and information contained within cellular phones and electronic organizers reflecting names, addresses, telephone numbers, and other contact or identification information of participants in the counterfeiting of negotiable instruments and or counterfeiting currency activities.
11. Pagers, cellular phones, electronic organizers, caller identification devices, answering machine devices, and other communication devices.
12. Any safes, vaults, or secured storage equipment that could secret any of the above listed items, and the contents therein.
13. Controlled substances and drug paraphernalia, including chemical dilutents, firearms and other weapons, ammunition, weighing scales, mixing bowls, glassine bags, spoons, and other items utilized in the weighing and packaging of illegal controlled substances.

All of which constitute fruits, evidence and/or instrumentalities of violations of Title 18, United States Code, Sections 1344(2), 1349, and 1708.